IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 11-3156 |
|---|---|---|
| v. | : | |
| TERRIL EDWARDS | : | CRIMINAL ACTION NO. 08-27 |

**ORDER**

**AND NOW,** this 26th day of July, 2012, upon consideration of Petitioner's "Motion to Vacate, Set Aside or Correct a Sentence By a Person in Federal Custody" (the "§ 2255 Motion") (Crim. Docket No. 78), and Motion for Leave to Amend (Crim. Docket No. 99), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Leave to Amend is **DENIED** insofar as it seeks leave to assert new § 2255 claims.[1]

2. The § 2255 Motion is **DISMISSED**.

3. As Petitioner has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

4. The Clerk is directed to **CLOSE** Civil Action No.11-3156.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.

---

[1] As noted in the accompanying Memorandum, in a February 8, 2012 Order, we granted the Motion for Leave to Amend insofar as it requested that we "set aside" the three claims asserted in Edwards's previously-filed § 2255 Motion. That prior Order, in conjunction with the current Memorandum and Order, fully resolves the issues raised in the Motion for Leave to Amend.